BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: MAY 21, 2007            AT: 10:30 -11:30 AM

CIVIL CAUSE FOR: SETTLEMENT CONFERENCE
CASE NUMBER:   CV-03-0492

TITLE:   SCHIANO   V.   QUALITY PAYROLL SYSTEMS, ET. AL.

APPEARANCES:
    FOR PLAINTIFF:         SAUL ZABELL, ESQ.
    FOR DEFENDANT, MICHAEL TINTWEISS: STEVEN BARKAN, ESQ.
    FOR DEFENDANT QUALITY PAYROLL : DAVID WOLFF - NOT PRESENT
    COURT REPORTER:        STEPHANIE PICOZZI

 X    CASE CALLED.

    STIPULATION OF SETTLEMENT PLACED ON THE RECORD AS TO DEFENDANT TINTWEISS AND THE CASE IS DISMISSED AS TO THAT DEFENDANT.

    PLAINTIFF'S COUNSEL TO MOVE IN BANKRUPTCY COURT TO LIFE THE STAY AGAINST QUALITY PAYROLL SYSTEMS AND DISMISS THE CASE AS TO THAT DEFENDANT.

    THE CASE IS DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF TO PROCEED IN BANKRUPTCY COURT.

    SO ORDERED.

                                            /S/
                                DENIS R. HURLEY, U.S.D.J.